**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **ANN MARIE SHAW,** | ) |
| Plaintiff, | ) Case No. EDCV 14-00851 AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision reversed, and this case is remanded to the Commissioner for the calculation and award of benefits consistent with the memorandum of decision.
**IT IS SO ORDERED**

November 17, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge